# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant(s). | CASE NO. 2:17-cv-641-RSM<br><br>STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND PROPOSED ORDER |

## JOINT STIPULATION

COMES NOW the Plaintiff, Editha Damasco, through her attorney, David H. Zielke, and Defendant, the United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the initial scheduling dates in this matter as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/13/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 07/20/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 07/27/2017 |

Stipulated Motion to Extend
Initial Scheduling Dates and
Proposed Order
2:17-cv-641-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This extension is necessary because the United States was only recently served and has not yet filed an answer or had adequate time to confer with the federal agency or understand the facts or nature of the case sufficient to participate in a discovery conference, submit initial disclosures or prepare a discovery plan. The United States' answer is due on July 3, 2017. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them time to review the initial pleadings and participate meaningfully in the FRCP 26 process.

The parties though their counsel further agree that neither party will be prejudiced by this agreement.

DATED this 2nd day of June, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ David H. Zielke*
DAVID H. ZIELKE, WSBA #36494
The Law Firm of David H. Zielke, PS
2122 112th Ave. NE, Suite A-300
Bellevue, WA 98004
Telephone: (425) 202-7743
Fax: (425) 202-7742
Email: david@zielkelawfirm.com

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

Stipulated Motion to Extend
Initial Scheduling Dates and
Proposed Order
2:17-cv-641-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the initial scheduling dates as requested. Counsel for the United States has not yet filed an answer or had sufficient time to review the case, such that neither party would be in a position to meaningfully participate in the FRCP 26 process. As such, and the parties having so stipulated and agreed, it is hereby **ORDERED** that the initial scheduling dates are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 07/13/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 07/20/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 07/27/2017 |

DATED this 5th day of June, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Extend
Initial Scheduling Dates and
Proposed Order
2:17-cv-641-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970