The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | CASE NO. 2:17-cv-641-RSM<br><br>STIPULATED MOTION TO AMEND INITIAL PLEADINGS |

## **JOINT STIPULATION**

COMES NOW the Plaintiff, Editha Damasco, through her attorney, David H. Zielke, and Defendant, the United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to amend the original Complaint as shown on Attachment I hereto.

Stipulated Motion to Amend
Initial Pleadings and
Order
2:17-cv-641-RSM - 1

THE LAW FIRM OF DAVID H. ZIELKE, PS
2122 112TH AVENUE NE, SUITE A-300
BELLEVUE, WA 98004
TEL: (425) 202-7743
EMAIL: david@zielkelawfirm.com

DATED this 21st day of July, 2017.

Respectfully submitted,

|  |  |
|---|---|
|  | ANNETTE L. HAYES<br>United States Attorney |
| *s/ David H. Zielke*<br>DAVID H. ZIELKE, WSBA #36494<br>The Law Firm of David H. Zielke, PS<br>2122 112th Ave. NE, Suite A-300<br>Bellevue, WA 98004<br>Telephone: (425) 202-7743<br>Fax: (425) 202-7742<br>Email: david@zielkelawfirm.com | *s/ Tricia Boerger*<br>TRICIA BOERGER, WSBA #38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Email: tricia.boerger@usdoj.gov |

## **ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to amend the initial pleadings of Plaintiff as requested. As such, and the parties having so stipulated and agreed, it is hereby **ORDERED** that the initial pleadings of Plaintiff are amended as set forth in Attachment I to the Motion to Amend Initial Pleadings. (Dkt. #9) Plaintiff shall file the Amended Complaint within 7 days of the date of this order.

DATED this 26 day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Amend
Initial Pleadings and
Order
2:17-cv-641-RSM - 2

THE LAW FIRM OF DAVID H. ZIELKE, PS
2122 112TH AVENUE NE, SUITE A-300
BELLEVUE, WA 98004
TEL: (425) 202-7743
EMAIL: david@zielkelawfirm.com