UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | NO. 2:17-cv-00641-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE |

      COME NOW the parties, and respectfully agree and request that the Court extend the deadline for disclosure of expert testimony by approximately thirty days. The parties do not ask to adjust the trial date. Currently, pursuant to the Order Setting Trial Dates and Related Dates, this matter is set for trial on April 16, 2018. Disclosure of expert testimony under FRCP 26(a)(2) is due by October 25, 2017. Dkt. 12.

      The parties request an extension through November 28, 2017 to complete the disclosure of expert testimony. Since this case was filed, both parties have worked cooperatively in the discovery process. However, despite good faith efforts, medical records are still being gathered and the parties anticipate that reports from their respective experts will not be completed in time to meet the current deadline of October 25, 2017.

//

//

STIPULATED MOTION AND
ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE
[2:17-cv-00641-RSM]-1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| Accordingly, the parties agree and respectfully request that the Court order this brief extension of the expert disclosure deadline. | |
| DATED this 20th day of September, 2017. | |
| Respectfully submitted, | |
| By: | By: |
| | ANNETTE L. HAYES<br>United States Attorney |
| *s/ David H. Zielke*<br>DAVID H. ZIELKE, WSBA #36494<br>The Law Firm of David H. Zielke, PS<br>2122 112th Ave. NE, Suite A-300<br>Bellevue, Washington 98004<br>Phone: (425) 202-7743<br>Fax: (425)-202-7742<br>Email: david@zielkelawfirm.com<br><br>Attorney for Plaintiff | *s/ Tricia Boerger*<br>TRICIA BOERGER, WSBA #38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: tricia.boerger@usdoj.gov<br><br>Attorney for Defendants |

STIPULATED MOTION AND
ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE
[2:17-cv-00641-RSM]-2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED that the deadline for the disclosure of expert witnesses is extended from October 25, 2017 to November 30, 2017. All other dates in the current scheduling order shall remain unchanged.

DATED this 21st day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE
[2:17-cv-00641-RSM]-3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800