UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. C17-641RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DATES AND SETTING A NEW TRIAL DATE |

This matter comes before the Court on the parties' Stipulated Motion to Extend Pretrial Dates (Dkt. #26). The parties request that the Court extend the pending pretrial dates and agree to a continuation of the trial date. The Court, finding good cause, finds and ORDERS that the trial will be continued to **May 29, 2018**. The pending pretrial dates will be revised as follows:

    a.  Motions in Limine    from March 19, 2018    to **May 1, 2018**

    b.  Pretrial Order:    from April 4, 2018    to **May 17, 2018**

    c.  Trial Briefs:    from April 11, 2018    to **May 24, 2018**

    d.  Proposed Findings of Fact and Conclusions of Law:

            From April 11, 2018    to **May 24, 2018**

DATED this 12th day of March, 2018.

                                                        RICARDO S. MARTINEZ
                                                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1