UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. C17-641RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE |

This matter comes before the Court on the parties' Stipulated Motion for Continuance of Trail Date (Dkt. #29). The parties indicate that trial is anticipated to last two days and request a continuance of the trial date and pending pretrial dates to address new medical information related to Plaintiff's treatment. The Court, finding good cause, finds and ORDERS that the trail will be continued to **June 25, 2018**. The pending pretrial dates will be revised as follows:

    a.  Pretrial Order:    from May 17, 2018    to **June 13, 2018**

    b.  Trial Briefs:    from May 24, 2018    to **June 20, 2018**

    c.  Proposed Findings of Fact and Conclusions of Law:

        from May 24, 2018    to **June 20, 2018**

DATED this 14 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1