# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EDITHA DAMASCO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. C17-641RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 7, 2018, Plaintiff filed two untimely motions in limine to exclude the expert testimony of two defense experts. Dkts. #31 and #33. The motions are noted for June 22, 2018, and trial is scheduled to begin on June 27, 2018. Counsel for Defendant has inquired with the Court as to whether a response is required due to the untimely nature of the motions and the proximity of the noting date to the trial date. While the motions are untimely, the issue will arise at trial regardless and the Court will benefit from the issue being fully briefed. Accordingly, Defendant is directed to respond to the motions by **12:00 pm on Monday, June 18, 2018**. Plaintiff should not reply. The Court will consider the issue during the pretrial conference, scheduled for June 19, 2018, in order to provide the parties an opportunity to fully prepare for trial.

ORDER – 1

Dated this 11 day of June, 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
 Deputy Clerk

ORDER – 2