# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C17-641RSM<br><br>ORDER REGARDING DEPOSITION TESTIMONY AT TRIAL |

Defendant has filed deposition designations for all three of its anticipated experts. Dkts. #46 (Ashley Giesa), #47 (Michael Battaglia) and #48 (Peggy Shibata). Additionally, the Pretrial Order represents that Plaintiff's health care provider will be presented by deposition testimony. Dkt. #43 at 8. The parties have known of the trial date since June 6, 2018, and have had the opportunity to secure their witnesses' availability for trial. To date the parties have provided no indication of the reasons these witnesses are unavailable under Federal Rule of Civil Procedure 32(a)(4), or why the deposition testimony is otherwise admissible under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

The Parties are therefore directed to provide briefing on the admissibility of the proposed deposition testimony in this action by **12:00 p.m. tomorrow, June 26, 2018.** Each Parties' briefing shall not exceed five pages.

///

///

ORDER – 1

DATED this 25th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE