UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDITHA DAMASCO,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | NO. 2:17-cv-00641-RSM<br><br>STIPULATED MOTION AND ORDER RE: OFFERING PORTIONS OF DEPOSITIONS AT TRIAL |

COME NOW the parties, by and through their attorneys of record, and stipulate and respectfully request pursuant to Fed. R. Civ. P. 32(a)(4)(B) and (E) and Local Civil Rule 32(e), that witness unavailability and exceptional circumstances make it desirable to permit the following witnesses to testify via deposition:

   1. Dr. William Clark (Plaintiff's treating physician)

   2. Dr. Michael Battaglia (the government's medical expert)

   3. Peggy Shibata (the government's engineering and human factors expert)

   4. Ashley Giesa (the government's engineering and accident reconstruction expert)

The parties make this request due to the unavailability of certain witnesses, in the interest of limiting expert witness costs, and in order to streamline the presentation of live

STIPULATED MOTION AND
ORDER RE: OFFERING
PORTIONS OF DEPOSITIONS AT TRIAL
[2:17-cv-00641-RSM] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

testimony at trial. The parties have conferred and mutually agreed to presenting expert testimony by deposition, particularly given the difficulty and substantial expense in scheduling physicians to appear live, and in light of fluctuating trial dates.

Additionally, Dr. Battaglia is currently out of the country in Europe on a pre-planned vacation. Ms. Shibata is located in Ann Arbor, Michigan, which would require substantial time and expense for her live appearance. Ms. Giesa is currently in Glendale, Arizona for work through the evening of June 27, 2018. Dr. Clark is also not available and out of the office due to prior scheduled commitments.

Moreover, presenting the witnesses by deposition will help streamline the presentation of live testimony at trial to seven witnesses, thereby ensuring completion of the trial in the allotted two days. The parties regret not filing this notice and motion in advance of the pretrial hearing in this matter, but respectfully request the Court's consideration of this motion at this time in the light of the considerable logistical issues, expense and unavailability of these witnesses to appear live at trial at this time.

//
//
//
//
//
//
//

STIPULATED MOTION AND
ORDER RE: OFFERING
PORTIONS OF DEPOSITIONS AT TRIAL
[2:17-cv-00641-RSM] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 26th day of June, 2018.

SO STIPULATED:                                          SO STIPULATED:

                                                   ANNETTE L. HAYES
                                                   United States Attorney

*s/ David H. Zielke*                                    *s/ Tricia Boerger*
DAVID H. ZIELKE, WSBA #36494                            TRICIA BOERGER, WSBA #38581
The Law Firm of David H. Zielke, PS                     Assistant United States Attorney
2122 112th Ave. NE, Suite A-300                         Western District of Washington
Bellevue, Washington 98004                              United States Attorney's Office
Phone: (425) 202-7743                                   700 Stewart Street, Suite 5220
Fax: (425) 202-7742                                     Seattle, Washington 98101-1271
Email: david@zielkelawfirm.com                          Phone: 206-553-7970
                                                        Email: tricia.boerger@usdoj.gov
Attorney for Plaintiff
                                                        Attorneys for Defendant

STIPULATED MOTION AND
ORDER RE: OFFERING
PORTIONS OF DEPOSITIONS AT TRIAL
[2:17-cv-00641-RSM] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

THIS MATTER having come before the Court on the parties' Stipulated Motion Re: Offering Portions of Depositions at Trial, and the Court having reviewed the Stipulated Motion and the files and records herein:

The Court hereby **GRANTS** the Stipulated Motion and **ORDERS** that the parties may introduce the testimony of the following witnesses via deposition:

1. Dr. William Clark (Plaintiff's treating physician)
2. Dr. Michael Battaglia (the government's medical expert)
3. Peggy Shibata (the government's engineering and human factors expert)
4. Ashley Giesa (the government's engineering and accident reconstruction expert).

DATED this 26th day of June, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER RE: OFFERING
PORTIONS OF DEPOSITIONS AT TRIAL
[2:17-cv-00641-RSM] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970